DAVID K. McCARTHY et al., Appellants, *v.* ISAAC M. WRIGHT et al.

ISAAC B. RICHMOND, Assignee, etc., Respondent.

(Argued January 12, 1891; decided January 27, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made April 29, 1890, which reversed an order of Special Term directing the respondent to pay plaintiffs' attorneys the costs of the action out of assigned property.

*Louis E. Fuller* for appellants.

*Hadley Jones* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., taking no part.
Order affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM H. COUGHTRY, Respondent.

(Argued January 12, 1891; decided January 27, 1891.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 12, 1890, which affirmed an order of Special Term, changing place of trial from Columbia to Albany county.

*A. B. Gardenier* for appellant.

*F. N. Danaher* for respondent.

Agree to affirm on opinion of LEARNED, J., at Special Term.
All concur, except RUGER, Ch. J., ANDREWS and FINCH, JJ., dissenting.
Order affirmed.